IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDNA NORTON, FELIPE SAGASTIZADO, and TAMMY SAGASTIZADO, )<br>)<br>Plaintiffs, )<br>)<br>-vs- )<br>)<br>FARMERS INSURANCE COMPANY, INC., )<br>)<br>Defendant ) | Case No. CIV-12-591-F |

## **J U D G M E N T**

This action having come on for trial before the court and a jury, Stephen P. Friot, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiffs, Edna Norton, Felipe Sagastizado, and Tammy Sagastizado, and against the defendant, Farmers Insurance Company, Inc., as follows:

On the plaintiffs' breach of contract claim, damages are awarded in the amount of $10,802.37 (actual economic damages); and

On the plaintiffs' bad faith claim, damages are awarded in the amounts of $10,802.37 (actual economic damages) and $8,750.75 (additional, non-economic damages), for a total award of damages on plaintiffs' bad faith claim in the amount of $19,553.12.

Plaintiffs sought the same economic damages under both their breach of contract theory of recovery, and their bad faith theory of recovery. Eliminating duplicate recovery for the same economic damages awarded by the jury under these

two legal theories, so as to allow only one recovery for the same harm, results in a total damages award and judgment in this action in the amount of $19,553.12, in favor of the plaintiffs and against the defendant Farmers Insurance company, Inc.

In addition, the plaintiffs shall recover their costs of this action.

Dated at Oklahoma City, Oklahoma, this 14th day of February, 2014.

*/s/ S.P. Friot*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0591p021.wpd